UNITED STATES of America, Plaintiff–Appellee,

v.

Nathan WELLS, Defendant–Appellant.

No. 06–50501
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Adrienne Urrutia Wisenberg, Solomon L. Wisenberg PLLC, Washington, DC, for Defendant–Appellant.

---

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Nathan Wells on appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Wells has not responded to counsel's motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

